IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00510-WDM-BNB

WEDBUSH MORGAN SECURITIES, INC.,

    Plaintiff,

v.

LAWRENCE C. HARTMAN, et al.,

    Defendants.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The motion to dismiss (doc. #16) is mooted by the amended complaint.

Dated:  June 7, 2006

                                  s/ Jane Trexler, Secretary/Deputy Clerk