IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00510-WDM-BNB

WEDBUSH MORGAN SECURITIES, INC., and
LAWRENCE C. HARTMAN,

Plaintiffs,

v.

KIRKPATRICK PETTIS CAPITAL MANAGEMENT, INC.,

Defendant.
_____

**ORDER**
_____

This matter is before me on the defendant's **Motion to Stay Discovery Pending a Ruling on Defendants' Motion to Dismiss** [Doc. #17, filed 5/8/06] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that he Motion is DENIED.

Dated June 14, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge