IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   06-cv-00510-WDM-BNB

WEDBUSH MORGAN SECURITIES, INC., et al.,

    Plaintiff(s),

v.

KIRKPATRICK PETTIS CAPITAL MANAGEMENT, INC.,

    Defendant(s).
_____

**ORDER**
_____

    Plaintiffs have filed a 67-page "Memorandum Brief" in response to Defendant's Motion to Dismiss.  The response is prolix and inconsistent with rules prescribing concise pleadings.  See Fed. R. Civ. P. 8(e) and D.C.COLO.LCivR 7.1H.  The Plaintiffs' brief is accordingly stricken.

    Plaintiffs' response brief shall not exceed 30 pages and any reply by Defendant shall not exceed 15 pages.

Any further motions, responses, replies or briefs shall not exceed 20 pages without the specific leave of this court.

DATED at Denver, Colorado, on July 25, 2006.

BY THE COURT:


s/ Walker D. Miller
United States District Judge