IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00510-WDM-BNB

WEDBUSH MORGAN SECURITIES, INC., and
LAWRENCE C. HARTMAN,

Plaintiffs,

v.

KIRKPATRICK PETTIS CAPITAL MANAGEMENT, INC.,

Defendant.

_____

## ORDER

_____

This matter is before me on the **Motion to Quash Subpoena Duces Tecum Served**

**Upon the Colorado Division of Securities and Motion for Protective Order** [Doc. # 47, filed

8/4/2006] (the "Motion") filed by non-party Colorado Division of Securities (the "Division").  I

held a hearing on the Motion this morning and made rulings on the record.  In summary and for

the reasons stated on the record:

IT IS ORDERED that the Motion is DENIED.  The Division shall produce all responsive

documents not subject to the deliberative process privilege on or before **September 21, 2006**.  In

addition, on or before **September 21, 2006**, the Division shall provide to the parties a *Vaughn*

index itemizing the documents withheld pursuant to the deliberative process privilege.  The

*Vaughn* index shall comply with the requirements specified in City of Colorado Springs v. White,

967 P.2d 1042, 1053 (Colo. 1998).  After all matters concerning production of documents

are resolved, the Division shall produce a witness to testify consistent with the requirements of the subpoena duces tecum.

    Dated September 1, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge