IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00510-WDM-BNB

WEDBUSH MORGAN SECURITIES, INC., and
LAWRENCE C. HARTMAN,

Plaintiffs,

v.

KIRKPATRICK PETTIS CAPITAL MANAGEMENT, INC.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiffs and Defendant's Joint Stipulated Motion for Modification of Scheduling Order** [docket no. 90, filed October 11, 2006] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the parties shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 27, 2006** and shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 28, 2006**.

DATED: October 12, 2006