IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00510-WDM-BNB

WEDBUSH MORGAN SECURITIES, INC., and
LAWRENCE C. HARTMAN,

Plaintiffs,

v.

KIRKPATRICK PETTIS CAPITAL MANAGEMENT, INC.,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Plaintiffs' Unopposed Motion for Leave to File Reply Briefs** [docket no. 105, filed January 24, 2007] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and reply briefs may be filed by January 29, 2007, no to exceed seven (7) pages on the reply in support of Motion to Allow Participation of Expert Witness, and not to exceed three (3) pages on the reply in support of Motion for Extension of Time to Designate an Alternate Expert Witness.

DATED: January 26, 2007