IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00510-WDM-BNB

WEDBUSH MORGAN SECURITIES, INC., a California corporation, and
LAWRENCE C. HARTMAN,

    Plaintiffs,

v.

KIRKPATRICK PETTIS CAPITAL MANAGEMENT, INC., a Nebraska corporation

    Defendant.
_____

## MINUTE ORDER
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    The parties' joint motion to modify the scheduling order, filed January 31, 2007 (Docket No. 117), is granted.

Dated: January 31, 2007

                                                                            s/ Walker D. Miller
                                                                            United States District Judge