IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

Civil Action No. 06-cv-00510-WDM-BNB   Date: February 2, 2007
Courtroom Deputy: Geneva D. Mattei   FTR BNB COURTROOM A401

WEDBUSH MORGAN SECURITIES, INC.,
a California corporation
and LAWRENCE C. HARTMAN,

       Plaintiffs,

v.

KIRKPATRICK PETTIS CAPITAL
MANAGEMENT, INC.,
a Nebraska corporation

       Defendant,

COLORADO DIVISION OF SECURITIES,

       Interested Party.

Michael Ceriani
Jayme Ritchie

Randall Miller
Jennifer Miner

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:   9:03 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** **Plaintiffs' motion to allow participation of expert witness(12/27/06 #96) is TAKEN UNDER ADVISEMENT as stated on the record.**

**ORDERED:** **Plaintiffs' conditional motion for extension of time to designate an alternate expert witness(12/27/06 #98) is TAKEN UNDER ADVISEMENT as stated on the record.**

Court in Recess          9:51 a.m.        Hearing concluded.

Total time in court:     00:48