IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00510-WDM-BNB

WEDBUSH MORGAN SECURITIES, INC., and
LAWRENCE C. HARTMAN,

Plaintiffs,

v.

KIRKPATRICK PETTIS CAPITAL MANAGEMENT, INC.,

Defendant.
_____

**ORDER**
_____

I am informed that this case has been resolved.  Accordingly,

IT IS ORDERED that on or before **April 25, 2007**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a).

IT IS FURTHER ORDERED that in view of the settlement of the case the following motions are DENIED WITHOUT PREJUDICE

(1)   **Plaintiffs' Motion to Allow Participation of Expert Witness** [Doc. # 96, filed 12/27/2006];

(2)   **Plaintiffs' Conditional Motion for Extension of Time to Designate an Alternate Expert Witness** [Doc. # 98, filed 12/27/2006]; and

(3)   **Plaintiffs' Conditional Motion for Leave to File Second Amended Complaint** [Doc. # 140, filed March 16, 2007].

Dated April 11, 2007.

                                            BY THE COURT:

                                            s/ Boyd N. Boland
                                            United States Magistrate Judge