IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-00510-WDM-BNB

WEDBUSH MORGAN SECURITIES, INC., a California corporation, and LAWRENCE C. HARTMAN, an individual,

    Plaintiffs,

v.

KIRKPATRICK PETTIS CAPITAL MANAGEMENT, INC., a Nebraska corporation,

    Defendant.
_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Secretary/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Because the parties have notified the court there is a pending settlement, all motions are denied as moot.

Dated:  April 12, 2007

                                              s/ Jane Trexler, Secretary/Deputy Clerk