IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00510-WDM-BNB

WEDBUSH MORGAN SECURITIES, INC., et al.,

    Plaintiffs,

v.

KIRKPATRICK PETTIS CAPITAL MANAGEMENT, INC.

    Defendant.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulated Motion for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint is dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on April 26, 2007.

                        BY THE COURT:

                        s/ Walker D. Miller
                        United States District Judge